UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINEWEIGHT LLC, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:18-cv-00387-JAR |
| FIRSTSPEAR, LLC, | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant FirstSpear, LLC's Motion for Leave to Submit Supplemental Evidence RE Claim Construction. (Doc. 83.)

Upon review,

**IT IS HEREBY ORDERED** that Defendant's Motion (Doc. 83), is **GRANTED.** Plaintiffs shall file their response **within fifteen (15) days of the date of this order**.

Dated this 1st day of April, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE